# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LINDSAY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SOCIEDAD QUIMICA Y MINERA DE CHILE, S.A., et al.,<br><br>　　　　Defendants. | CASE NO. 1:11-cv-00046-LJO-SMS<br><br>ORDER EXTENDING STAY OF PROCEEDINGS PENDING ISSUANCE OF AN OPINION IN *CITY OF POMONA v. SOCIEDAD QUIMICA Y MINERA DE CHILE S.A.* (9th Cir.)(No. 12-55147)<br><br>(Doc. 70) |

　　　　On June 7, 2012, this Court stayed proceedings in this matter pending the decision of the United States Appellate Court for the Ninth Circuit in the related matter *City of Pomona v. Sociedad Quimica Y Minera De Chile S.A.* (C.D.Ca. No. 2:11-CV-00167-RGK-VBK; 9th Cir. No. 12-55147). That order stayed the above-captioned case through October 31, 2012, at which time the parties were to provide a status report of the pending appeal.

　　　　Plaintiff and Defendant filed a joint status report on October 17, 2012, in which they set forth the briefing schedule for the appeal, which anticipates completion of briefing on or before February 14, 2013. The parties jointly requested that the stay be extended through April 30, 2013.

### Conclusion and Order

　　　　In accordance with the foregoing, the Court hereby ORDERS:

1.　　　　The proceedings in this matter are hereby STAYED through April 30, 2013.

2.　　　　On or before May 1, 2013, the parties shall file a report regarding the status of the pending appeal to permit the Court to determine whether the stay of proceedings

-1-

1. should be continued in this action or whether it should be lifted.

3. In the event that the Ninth Circuit Court issues an opinion in *City of Pomona* prior to April 30, 2013, the parties shall notify the Court within ten (10) days thereafter.

IT IS SO ORDERED.

Dated: **October 21, 2012**                            /s/ Sandra M. Snyder
                                                              UNITED STATES MAGISTRATE JUDGE