# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LINDSAY,<br><br>        Plaintiff,<br><br>   v.<br><br>SOCIEDAD QUIMICA Y MINERA DE CHILE, S.A., et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:11-cv-00046-LJO-SMS<br><br>ORDER EXTENDING STAY OF PROCEEDINGS PENDING ISSUANCE OF AN OPINION IN *CITY OF POMONA v. SOCIEDAD QUIMICA Y MINERA DE CHILE S.A.* (9th Cir.)(No. 12-55147)<br><br>(Doc. 72) |

On October 22, 2012, this Court stayed proceedings in this matter pending the decision of the United States Appellate Court for the Ninth Circuit in the related matter *City of Pomona v. Sociedad Quimica Y Minera De Chile S.A.* (C.D.Ca. No. 2:11-CV-00167-RGK-VBK; 9th Cir. No. 12-55147). That order stayed the above-captioned case through April 30, 2013, at which time the parties were to provide a status report of the pending appeal.

Plaintiff and Defendant filed a joint status report on April 15, 2013, reporting completion of the briefing schedule for the appeal. The parties, who are presently preparing for oral argument, jointly request that the stay be extended through October 31, 2013.

**<u>Conclusion and Order</u>**

In accordance with the foregoing, the Court hereby ORDERS:

1. The proceedings in this matter are hereby STAYED through October 31, 2013.

2. On or before November 1, 2013, the parties shall file a report regarding the status of the pending appeal to permit the Court to determine whether the stay of proceedings should be continued in this action or whether it should be lifted.

3.   In the event that the Ninth Circuit Court issues an opinion in *City of Pomona* prior to October 31, 2013, the parties shall notify the Court within ten (10) days thereafter.

IT IS SO ORDERED.

Dated:   April 21, 2013                             /s/ Sandra M. Snyder
                                                                UNITED STATES MAGISTRATE JUDGE