Victor M. Sher, SBN 96197
Esther L. Klisura, SBN 221171
**SHER LEFF, LLP**
450 Mission Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 348-8300
Facsimile: (415) 348-8333

Attorneys for Plaintiff CITY OF LINDSAY

R. Gaylord Smith, SBN 72726
Malissa Hathaway McKeith, SBN 112917
Michael K. Johnson, SBN 130193
Joseph A. Salazar, Jr. SBN 169551
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone: 714.545.9200
Facsimile: 714.850.1030

Attorneys for Defendant
SQM NORTH AMERICA CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CITY OF LINDSAY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SOCIEDAD QUIMICA Y MINERA DE CHILE, S.A.; SQM NORTH AMERICA CORPORATION; AND DOES 1 through 200, INCLUSIVE,<br><br>　　　　　Defendants. | CASE NO. 1:11-CV-00046-LJO-SMS<br><br>**STIPULATION AND ORDER TO EXTEND STAY PENDING FURTHER PROCEEDINGS IN RELATED APPEAL, AND TO CANCEL SCHEDULING CONFERENCE**<br><br>Hon. Sandra M. Snyder<br>United States Magistrate Judge<br><br>Scheduling Conf. Date: July 9, 2014<br>Time: 11:00 a.m.<br>Courtroom: 1 ~ 8th Floor |

IT IS HEREBY STIPULATED, by and between Plaintiff City of Lindsay ("the

4817-0946-2556.1

City") and Defendant SQM North America Corporation ("SQMNA"), by and through their undersigned attorneys of record, that the above-captioned action is hereby STAYED, and that the Mandatory Scheduling Conference set for July 9, 2014 shall be taken off calendar and rescheduled at a time after the stay is lifted, subject to the following terms:

    A.    This case has been stayed pending decision in the appeal titled *City of Pomona v. SQM North America Corporation,* Ninth Circuit Appeal Nos. 12-55147, 12-55193 ("the *Pomona* appeal"). (Dkt #63, 71, 73, 75, 78.) The Ninth Circuit issued its decision in the *Pomona* appeal on May 2, 2014. (Dkt #79.) On May 12, 2014, this court issued an Order Setting Mandatory Scheduling Conference (Dkt #80), and a Scheduling Conference is presently set for July 9, 2014.

    B.    After the Ninth Circuit issued its decision, a petition for rehearing was timely filed by SQMNA, and was denied on June 10, 2014. Thereafter, SQMNA filed a motion to stay the mandate, and on June 17, 2014, the Ninth Circuit granted the motion to stay the mandate for 90 days. A copy of the Ninth Circuit's Order granting SQMNA's motion to stay the mandate for 90 days is attached hereto. SQMNA moved to stay the mandate in order to preserve the status quo while SQMNA prepares and files its petition for writ of certiorari, which is due September 8, 2014.

    C.    Based on the foregoing, the parties hereby agree to extend the stay in this matter until the mandate is issued by the Ninth Circuit in the *Pomona* appeal. Additionally, the parties stipulate and request that the Mandatory Scheduling Conference set for July 9, 2014 be taken off calendar and rescheduled to a time after the stay is lifted.

DATED: July 1, 2014        SHER LEFF LLP

        By:    /s/ *Esther L. Klisura*
            Victor M. Sher
            Esther L. Klisura
            Attorneys for Plaintiff
            CITY OF LINDSAY

DATED: July 1, 2014            LEWIS BRISBOIS BISGAARD & SMITH LLP

By:        /s/ *Michael K. Johnson*
R. Gaylord Smith
Malissa Hathaway McKeith
Michael K. Johnson
Joseph A. Salazar, Jr.
Attorneys for Defendant
SQM NORTH AMERICA CORPORATION

**ORDER**

IT IS SO ORDERED.

Dated: 7/2/2014           /s/ SANDRA M. SNYDER
                                                   UNITED STATES MAGISTRATE JUDGE