UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LINDSAY,<br><br>Plaintiff,<br><br>v.<br><br>SOCIEDAD QUIMICA Y MINERA DE CHILE S.A. and SQM NORTH AMERICA CORPORATION,<br><br>Defendants. | No. 1:11-cv-00046-DAD-SMS<br><br>ORDER EXTENDING STAY OF PROCEEDINGS PENDING ISSUANCE OF AN OPINION IN *CITY OF POMONA v. SQM NORTH AMERICAN CORP.*, No. 15-56062 (9th Cir.)<br><br>(Doc. No. 85) |

On February 3, 2016, the court issued a minute order directing the parties to file a joint status report advising the court of the status of this case. (Doc. No. 84.) On March 1, 2016, the parties submitted their joint status report. (Doc. No. 85.) The parties now jointly request that the stay of these proceedings, including a stay of discovery, be continued pending resolution of a related case which is currently before the Ninth Circuit Court of Appeals.

Having carefully reviewed the entire file and the parties' joint request, the court finds good cause to continue the stay of proceedings in this case. Accordingly,

1. The proceedings in this case, including discovery[1], shall remain STAYED, pending the issuance of an opinion in *City of Pomona v. SQM N. Am. Corp.*, No. 15-56062 (9th

---

[1] The stay shall also be in effect with respect to any outstanding motions to compel compliance with subpoenas.

1

       Cir.), or the conclusion of the proceedings in that action;

2. On June 1, 2016, and every ninety (90) days thereafter, the parties shall file a joint status report advising the court of the status of the pending appeal; and

3. Upon the issuance of an opinion by the Ninth Circuit Court of Appeal in *City of Pomona* or the conclusion of proceedings in that action, the parties shall notify the court in writing within ten (10) days thereafter.

IT IS SO ORDERED.

Dated:   **March 3, 2016**                              /s/ Dale A. Drozd
                                              UNITED STATES DISTRICT JUDGE