IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | | |
|---|---|---|
| CITY OF LINDSAY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:11-CV-46-LHR |
| | § | |
| SOCIEDAD QUIMICA Y MINERA DE CHILE, *et al.*, | § § | |
| | § | |
| Defendant. | § | |

## NOTICE OF RESET

Parties are advised that the Status Conference scheduled for March 4, 2024 before United States District Judge Lee H. Rosenthal has been reset. The new date and time is **Thursday March 7, 2024, at 4:00 p.m., Central Standard Time.** The status conference will be held by Zoom. Counsel can find the Court's Zoom link on Judge Rosenthal's home page, at the bottom of the page, in the Interactive calendar link

**Nathan Ochsner Clerk**

*Lisa Eddins*
By:_____
    Lisa Eddins
    Case Manager to Judge Lee Rosenthal