IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LINDSAY, § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. H-11-46 |
| § | |
| SOCIEDAD QUIMICA Y MINERA DE § | |
| CHILE S.A., et al., § | |
| § | |
| Defendants. § | |

**ORDER**

Counsel for the parties have advised the court that an amicable settlement has been reached in this action. All motions currently pending are denied without prejudice. Any movant seeking to resubmit or reurge those motions must do so within 14 days from the date any motion for reinstatement is filed. By October 28, 2024, the parties must file either a notice of dismissal or another status report.

The court appreciates the prompt notification of settlement.

SIGNED on August 27, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge