Seth D. Mansergh, SBN 274892
smansergh@slenvironment.com
Kenneth A. Sansone, SBN 319982
ksansone@slenvironment.com
SL ENVIRONMENTAL LAW GROUP
175 Chestnut Street
San Francisco, CA 94133
Telephone: (415) 348-8300
Facsimile: (415) 366-3047

Attorneys for Plaintiff CITY OF LINDSAY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LINDSAY,<br><br>Plaintiffs,<br><br>vs.<br><br>SOCIEDAD QUIMICA Y MINERA DE CHILE S.A.; SQM NORTH AMERICA CORPORATION; AND DOES 1 through 200, INCLUSIVE<br><br>Defendants. | Case No.  1:11-cv-00046-LHR-EPG<br><br>Judge: Honorable Lee H. Rosenthal<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the parties to this action jointly stipulate to the dismissal, with prejudice, of all claims and counterclaims asserted, with each party to bear its own attorneys' fees and costs.

STIPULATION OF DISMISSAL

| | | |
|---|---|---|
| 1 | Dated: September 18, 2024 | SL ENVIRONMENTAL LAW GROUP, P.C. |
| 2 | | |
| 3 | | By: */s/ Kenneth A. Sansone* |
| 4 | | |
| 5 | | Kenneth A. Sansone<br>Seth D. Mansergh |
| 6 | | Attorneys for Plaintiff<br>CITY OF LINDSAY |
| 7 | | |
| 8 | Dated: September 18, 2024 | TUCKER ELLIS LLP |
| 9 | | By: */s/ Steven E. Meyer* |
| 10 | | |
| 11 | | (as authorized on 9/18/2024) |
| 12 | | Steven E. Meyer<br>Jeffrey B. Stoltz |
| 13 | | |
| 14 | | Attorney for Defendants<br>SQM NORTH AMERICA CORPORATION and SOCIEDAD QUIMICA Y MINERA DE CHILE S.A. |

STIPULATION OF DISMISSAL

# SIGNATURE ATTESTATION

I, Kenneth A. Sansone, attest that concurrence in the filing of this document has been obtained from each signatory whose ECF user ID and password are not being used in the electronic filing of this document.

DATED: September 18, 2024

/s/ Kenneth A. Sansone
Kenneth A. Sansone

Attorney for Plaintiff
CITY OF LINDSAY

STIPULATION OF DISMISSAL