Seth D. Mansergh, SBN 274892
smansergh@slenvironment.com
Kenneth A. Sansone, SBN 319982
ksansone@slenvironment.com
SL ENVIRONMENTAL LAW GROUP
175 Chestnut Street
San Francisco, CA 94133
Telephone: (415) 348-8300
Facsimile: (415) 366-3047

Attorneys for Plaintiff CITY OF LINDSAY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LINDSAY,<br><br>  Plaintiffs,<br><br>  vs.<br><br>SOCIEDAD QUIMICA Y MINERA DE CHILE S.A.; SQM NORTH AMERICA CORPORATION; AND DOES 1 through 200, INCLUSIVE,<br><br>  Defendants. | Case No. 1:11-cv-00046-LHR-EPG<br><br>Judge: Honorable Lee H Rosenthal<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |

The Court has reviewed the parties' Stipulation (Docket No. 139) requesting dismissal with prejudice of all claims and counterclaims in this matter. For good cause shown, the Court ORDERS the Stipulation of Dismissal with Prejudice is GRANTED.

IT IS HEREBY ORDERED.

SIGNED on September 18, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge